IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES,

    Plaintiff,

v.

ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

No. C 08-5674 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application to proceed in forma pauperis ("IFP") was deficient because he had failed to include page five of the form, the "Certificate of Funds in Inmate Account," nor did he provide a copy of his prisoner trust account statement as required by 28 U.S.C. § 1915(a)(2). Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP application's deficiencies within thirty days. No response has been received.

Leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\JAMES5674.DSM-IFP.wpd